Van Beuren & New York Billposting Company, Respondent, v. Harry F. Cunningham and Thomas W. Bradley, Copartners Doing Business under the Firm Name and Style of Cunningham & Bradley, and C. J. Sullivan Advertising Company, Appellants. Van Beuren & New York Billposting Company, Respondent, v. Sarah S. Kenney and C. J. Sullivan Advertising Company, Appellants.— Orders affirmed, with ten dollars costs and disbursements in each case. No opinion.

William C. Adams and Grace F. Adams, His Wife, Respondents, v. Elias L. M. Bristol, Appellant, Impleaded with Samuel F. Adams and Others.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. Mary L. Tilden, Respondent, v. W. M. Ostrander, Incorporated, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. Nene Van Tuyll Fenn, Respondent, v. W. M. Ostrander, Incorporated, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Lawrence Bastable, Respondent, v. William J. Carroll, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Roger Foster and James A. Allen, Respondents, v. American Fidelity Company, Appellant.— Order affirmed, with ten dollars costs and disbursements, on authority of *Rochkind* v. *Perlman* (123 App. Div. 808).

Edward Harding, as Assignee of S. Frederic Mills and Others, Individually and as Copartners under the Firm Name of Mills Brothers & Company, Respondents, v. Katherine M. Churchman, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application of Henry W. Jessup, an Officer of This Court, Appellant, for a Peremptory Writ of Mandamus. John S. Whalen, Secretary of State, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Josephine Corbett, Appellant, v. Peter J. Fleming and Estelle L. Fleming, Respondents, Impleaded with Peter C. Fleming and Others.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Cassell & Company, Limited, Respondent, v. H. H. McClure & Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Charles L. Dana, Respondent, v. Mary C. Thaw and Harry K. Thaw, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Anthony Maimone, Respondent, v. New York Life Insurance Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

David H. Hyman, Substituted in Place of Charles M. Preston, as Receiver of New York Building Loan Banking Company, Respondent, v. Alexander Thain, Appellant, Impleaded with Lemuel J. Arthur and Others.— Order affirmed, with ten dollars costs and disbursements. No opinion.